# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GAIL LAMBERSON, | Case No. CV 17-06350-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: August 28, 2018

                                             */s/ John E. McDermott*
                                             JOHN E. MCDERMOTT
                                  UNITED STATES MAGISTRATE JUDGE